

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00456-CV

———————————————

KHALID I ABDULHAQ, Appellant

V.

FANNIN FARMS WEST ASSOCIATION, INC. A/K/A FANNIN FARM
ASSOCIATION, INC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-363174-25

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 4, 2025, and again September 30, 2025, we notified Appellant, in accordance with Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless Appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  October 23, 2025

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).